# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RICHARD WILTSIE,

        Plaintiff,           Case Number: 05-74746

v.           JUDGE PAUL D. BORMAN
         UNITED STATES DISTRICT COURT

COGNEX CORPORATION, a Massachusetts
corporation.

        Defendant.
_____ /

## ORDER REMANDING TO THE MAGISTRATE JUDGE TO SET FORTH SPECIFIC REASONS FOR DENYING PLAINTIFF'S MOTION TO COMPEL AS TO DOCUMENTS NOT COMPELLED

Now before the Court is Plaintiff's appeal from Magistrate Judge Capel's Order granting in part and denying in part Plaintiff's Motion to Compel documents alleged by Defendant to be privileged. The Court hereby REMANDS the case to Magistrate Judge Capel to set forth specific reasons for each document that was denied production to Plaintiff.

**SO ORDERED.**

         s/Paul D. Borman
         PAUL D. BORMAN
         UNITED STATES DISTRICT JUDGE

Dated: October 25, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on October 25, 2006.

                                                s/Denise Goodine  
                                                Case Manager