UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Richard Wiltsie,

                Plaintiff(s),

v.                                        Case No. 2:05−cv−74746−PDB−RSW
                                          Hon. Paul D Borman

Cognex Corporation,

                Defendant(s).

_____

**JUDGMENT FOR DEFENDANT(S)**
**Jury Verdict**

   This action came before the Court for a trial by jury.  The issues have been duly tried and the jury has rendered its verdict.

   IT IS ORDERED AND ADJUDGED that Plaintiff(s) take nothing, the action be dismissed on the merits, and the Defendant(s) recover of the Plaintiff(s) all applicable costs of this action.

                                                DAVID J. WEAVER, CLERK OF COURT


                                     By: s/ D. Goodine
                                            Deputy Clerk


Dated:   March 30, 2009


Approved as to form:

s/ Paul D Borman